UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN DAVID O'NEAL,<br><br>  Plaintiff,<br><br>vs.<br><br>A. SOLIS, *et al.*,<br><br>  Defendants. | Case No. 1:12-cv-01299-RRB<br><br>**ORDER ON REMAND** |

  This court entered a Screening Order dismissing the complaint as to certain claims and defendants, but directing that the matter continue as to one cause of action against two of the named defendants, A. Solis and A. Carillo.[1] Subsequently, in ruling on Plaintiff's motion to reconsider the screening order, this court determined that, as to the two remaining defendants, Plaintiff had not exhausted his administrative remedies, vacated its earlier order, and dismissed the complaint in its entirety.[2] Plaintiff appealed from that order.

  At Docket 30 the Court of Appeals remanded this matter for clarification of whether the intent of this court was to vacate the entire Screening Order or only that portion analyzing the claims of Solis and Carillo. Although this court did vacate the entire Screening Order, it reincorporated in the order appealed from the dismissal of the same claims that it dismissed in the Screening Order. This Court now makes clear that in reaffirming dismissal of the claims that were addressed in the Screening Order, the court

---

  [1]  Docket 15.

  [2]  Docket 24.

did not intend to alter or otherwise amend the reasons for dismissal as stated in the Screening Order. Accordingly, the intent of the Court in the Order entered at Docket 24 was to dismiss the action in its entirety as to all defendants.

**IT IS SO ORDERED** this 13th day of June, 2014.

S/ RALPH R. BEISTLINE<br>UNITED STATES DISTRICT JUDGE